UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

| | | |
|---|---|---|
| Date: January 21, 2014 | | HONORABLE HOWARD TALLMAN, Presiding |

| In re: | James Ware Kelley, III | Debtor | Case No:13-28933-HRT |
|---|---|---|---|
| | | | Chapter 11 |

Appearances:

| | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | Stephen Nicholls |
| Trustee | | Counsel | |
| Movant | Evergreen National Bank | Counsel | Steven Watkins |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings: Preliminary Hearing Motion for Relief from Stay On TBD Water Street, Silver Plume, CO 80476

[X] Evidentiary Hearing   [] Non-Evidentiary Hearing

[] Witnesses Sworn   [] See List Attached   [X] Exhibits Admitted   [] See List Attached

Movant's Exhibits 1 to 8

Debtor's Exhibits A to E

[X] The parties presented arguments to the Court.

Orders:

[X] The Court ordered Debtor to pay adequate protection payments of $1,200 per month beginning February 1, 2014 and continuing on the first day of each month thereafter. An evidentiary hearing on the motion for relief from stay will be held on Tuesday, March 11, 2014, at 2:30 p.m. The Court will allow two hours for this hearing. Movant shall provide Debtor with a copy of any appraisal sought to be used as evidence no later than March 4, 2014.

| | |
|---|---|
| Date: January 21, 2014 | FOR THE COURT:<br>*Kelly J. Sweeney, Acting Clerk of the Bankruptcy Court*<br><br>By: s/ Kathryn Plonsky<br>    Judicial Law Clerk |